**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ruben CASTRO, also known as Ruben**
**Alvarado–Castro, Defendant–**
**Appellant.**

No. 14–1553.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 20, 2014.

Filed: Nov. 24, 2014.

Kevin E. Dellett, Overland Park, KS, for
appellant.

Kathleen D. Mahoney, Asst. U.S. Atty.,
Kansas City, MO, for appellee.

Before WOLLMAN, BYE, and
MELLOY, Circuit Judges.

PER CURIAM.

Ruben Castro directly appeals after he
pled guilty to a drug-related conspiracy
charge and the district court[1] sentenced
him to a prison term within his calculated
Guidelines range. His counsel has moved
to withdraw, and has filed a brief under
*Anders v. California,* 386 U.S. 738, 87
S.Ct. 1396, 18 L.Ed.2d 493 (1967), acknowl-
edging an appeal waiver in Castro's plea
agreement, and otherwise challenging Cas-
tro's sentence. Castro has filed pro se
motions for appointment of new counsel.

Upon careful de novo review, we enforce
the appeal waiver. *See United States v.*
*Andis,* 333 F.3d 886, 889–92 (8th Cir.2003)
(en banc) (court should enforce appeal
waiver and dismiss appeal where it falls
within scope of waiver, plea agreement and
waiver were entered into knowingly and
voluntarily, and no miscarriage of justice
would result); *see also United States v.*
*Scott,* 627 F.3d 702, 704 (8th Cir.2010) (de
novo review of validity and applicability of
appeal waiver). In addition, having re-
viewed the record independently under
*Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346,
102 L.Ed.2d 300 (1988), we find no non-
frivolous issues outside the scope of the
appeal waiver. Accordingly, we dismiss
this appeal based upon the appeal waiver,
we grant counsel leave to withdraw, and
we deny Castro's motions for newly ap-
pointed counsel.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.